UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN JIMENEZ-GODINEZ,<br><br>Defendant. | No. 2:15-CR-00150-MCE<br><br><br><br>**ORDER** |

Defendant Juan Jimenez-Godinez ("Defendant") pled guilty on September 17, 2015, pursuant to a written plea agreement to Being a Deported Alien Found in the United States in violation of 8 U.S.C. § 1326(a). That same day, Defendant was sentenced to thirty (30) months imprisonment. Presently before the Court is Defendant's Motion to Reduce Sentence. ECF No. 13. This matter was referred to the Office of the Federal Defender, which subsequently filed a notice indicating that it would not be supplementing Defendant's motion. ECF No. 15. The Government opposes Defendant's request. ECF No. 17. For the reasons that follow, the Motion is DENIED.

///

///

///

///

1

Defendant seeks to reduce his sentence in light of the United States Sentencing Commission's passage of Amendment 802. Generally, Amendment 802, which became effective November 1, 2016, revised U.S.S.G. § 2L1.2, the guideline provision applicable to illegal re-entry convictions. Defendant's Motion fails because he was sentenced prior to Amendment 802 becoming effective and the changes made pursuant to that Amendment are not retroactive. See U.S.S.G. § 1B1.10(a)(2)(A) ("A reduction in the defendant's term of imprisonment . . . is not authorized under 18 U.S.C. § 3582(c)(2) if . . . none of the amendments listed in subsection (d) is applicable to the defendant."); id., § 1B1.10(d) (failing to list Amendment 802 as an amendment covered by the policy permitting retroactive sentence reductions). Because the changes to the Guidelines adopted pursuant to Amendment 802 are not to be applied retroactively, Defendant's Motion (ECF No. 13) is DENIED.

IT IS SO ORDERED.

Dated: May 3, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE